THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Angela Rene
 Cowart, Appellant.
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2012-UP-185
 Submitted March 1, 2012  Filed March 14,
2012    

APPEAL DISMISSED

 
 
 
 Appellate Defender LaNelle Cantey DuRant, of
 Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley
 W. Elliott, all of Columbia; and Solicitor Kevin S. Brackett, of York, for
 Respondent.
 
 
 

PER CURIAM:  Angela Rene Cowart appeals her convictions for obtaining
 goods under false pretense over five thousand dollars and financial transaction
 card fraud, arguing the trial court erred in permitting a witness to testify
 about forced transaction scams when he had no personal knowledge of Cowart's
 case and was not qualified as an expert.  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.  
PIEPER, KONDUROS, and
 GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.